In the Matter of the Claim of ANTONIO FILITTI, Respondent, against LERODE HOMES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State

Industrial Board, on the authority of *Matter of McCarter* v. *LaRock* (240 N. Y. 282). All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of HENRY GERNER, Respondent, against THE VAN IDERSTINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.